# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOM DO NGUYEN, in individual and representative capacity as trustee of the Tom Do Nguyen & The Thi Nguyen Living Trust dated 02-02-2009;<br>THE THI NGUYEN, in individual and representative capacity as trustee of the Tom Do Nguyen & The Thi Nguyen Living Trust dated 02-02-2009;<br>REBEL MANAGEMENT ENTERPRISES, LLC, a Nevada Limited Liability Company; and Does 1-10,<br>　　　　Defendants. | Case: 5:15-CV-01006-JGB-DTB<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: November 20, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1